NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 14 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MIHRAN MELKONYAN, | No.    15-71037 |
| Petitioner, | Agency No. A088-591-027 |
| v. | |
| JEFFERSON B. SESSIONS III, Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 9, 2017[**]

Before:    SCHROEDER, TASHIMA, and M. SMITH, Circuit Judges.

Mihran Melkonyan, a native of the Soviet Union and a citizen of Armenia,

petitions for review of the Board of Immigration Appeals' order dismissing his

appeal from an immigration judge's decision denying his applications for

adjustment of status and a waiver under 8 U.S.C. § 1182(i).  We dismiss the

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

petition for review.

We lack jurisdiction to review the agency's discretionary denial of Melkonyan's application for a waiver of inadmissibility under 8 U.S.C. § 1182(i), where Melkonyan does not raise a colorable constitutional claim or question of law that would invoke our jurisdiction. *See* 8 U.S.C. §§ 1182(i)(2), 1252(a)(2)(B)(i); *Corona-Mendez v. Holder*, 593 F.3d 1143, 1146 (9th Cir. 2010).

**PETITION FOR REVIEW DISMISSED.**